THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of Carl S. G., Jr., A Juvenile under the 
 Age of Seventeen,                   Appellant.
 
 
 

Appeal From Richland County
Leslie K. Riddle, Family Court Judge
H. Bruce Williams, Family Court Judge

Unpublished Opinion No. 2003-UP-597
Submitted August 20, 2003  Filed 
 October 20, 2003

AFFIRMED

 
 
 
Jennifer N. Williams, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Carl S. G., Jr. was 
 charged with two counts of hit and run, driving under the influence, and five 
 counts of assault with intent to kill.  He pled guilty to one count of 
 hit and run, driving under the influence, and three counts of assault with intent 
 to kill.  The judge ordered him to undergo an evaluation.  After undergoing 
 the evaluation, another family court judge ordered him to be committed to the 
 Department of Juvenile Justice for a term not to exceed his twenty-first birthday.  
 Carl S. G., Jr. appeals, arguing the family court lacked subject matter jurisdiction 
 to accept the guilty plea to the three counts of assault with intent to kill 
 because the petition failed to inform the juvenile of the elements of the offense 
 and the case should be remanded to the family court judge who presided over 
 the adjudicatory hearing for disposition in accordance with Rule 37, SCRFC.
We affirm 
 [1] pursuant to S.C. Code Ann. § 14-8-250 (Supp. 2002), Rule 220(b)(2), 
 SCACR, and the following authorities:  I.  Subject Matter Jurisdiction:  
 In re Jason T., 340 S.C. 455, 531 S.E.2d 544 (Ct. App. 2000) (finding 
 the family court has subject matter jurisdiction to adjudicate a juvenile delinquent 
 if the petition sufficiently states the offense in order for the defendant to 
 know what he is called upon to answer).  
II.  Rule 37, SCRFC:  In re Arisha K. 
 S., 331 S.C. 288, 501 S.E.2d 128 (Ct. App. 1998) (ruling to be preserved 
 for appellate review, an issue must have been raised to and ruled upon by the 
 family court judge).  
AFFIRMED.
HEARN, C.J., ANDERSON and CURETON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.